UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
OBED VASQUEZ a/k/a JOSE REYES VASQUEZ,
individually and on behalf of all others similarly
situated,

                  Plaintiff,

  - against -                                    **JUDGMENT**
                                                                    CV 23-4199 (GRB) (LGD)

A S BETHPAGE PIZZERIA CORP. d/b/a RED
VOLPE PIZZERIA, a New York corporation, and
SALVATORE PESCE, JR., an individual,

                  Defendants.
-----------------------------------------------------------------X

A Notice of Acceptance of Offer of Judgment having been filed by Plaintiff Bryan Salmeron Reyes on September 27, 2024, accepting Defendants' September 25, 2024 offer to allow judgment against them in the amount of $16,000.00, inclusive of reasonable attorneys' fees, costs, and expenses to the date of the offer, in full and final settlement of all of Plaintiff's claims against Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action, it is

**ORDERED AND ADJUDGED** that judgment is entered in in favor of Plaintiff Obed Vasquez against Defendants A S Bethpage Pizzeria Corp., and Salvatore Pesce, Jr., in the amount of $16,000.00, inclusive of reasonable attorneys' fees, costs, and expenses to September 25, 2024, in full and final settlement of all of Plaintiff's claims against Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action; and that this case is closed.

Dated:  October 1, 2024
           Central Islip, New York

                                                                                BRENNA B. MAHONEY
                                                                                CLERK OF COURT
                                                   By:    /s/ James J. Toritto
                                                                                Deputy Clerk